| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>W. BRUCE WOLD (Bar No. 51846)<br>PETER J. MESSROBIAN (Bar No. 168554)<br>One Embarcadero Center, 16th Floor<br>San Francisco, California  94111<br>Telephone: (415) 781-7900<br>Facsimile:  (415) 781-2635 | **E-filed 7/19/05** |

Attorneys for Defendant
DNC PARKS & RESORTS AT ASILOMAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DIANA SEELY,<br><br>              Plaintiff,<br><br>       v.<br><br>DELAWARE NORTH COMPANIES, a corporation, DELAWARE NORTH COMPANIES PARKS AND RESORTS, a corporation, ASILOMAR STATE BEACH AND CONFERENCE GROUNDS, and DOES 1 through 10,<br><br>              Defendants. | CASE NO. C-03-03488 JF<br><br>**STIPULATION AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER** |

Plaintiff Diana Seely ("Plaintiff) and Defendant DNC Parks & Resorts at Asilomar, Inc. ("Defendant"), by and through their counsel of record, hereby mutually agree and stipulate that:

1. They are each authorized to enter into this stipulation;

2. This stipulation represents the stipulation of all parties to this action, within the meaning of Federal Rules of Civil Procedure, Rule 41(a);

3. All parties stipulate and agree and plaintiff hereby dismisses the entire action with prejudice; and,

SF/1259476v1

-1-

Stipulation And Dismissal Of Entire Action With Prejudice And [Proposed] Order

1  4. Each party shall bear her or its own fees and costs.

**IT IS SO STIPULATED**.

                                           SEDGWICK, DETERT, MORAN & ARNOLD LLP

Dated:  July 11, 2005         By:_____/s/ W. Bruce Wold_____
                                              W. BRUCE WOLD
                                              Attorneys for Defendant DNC PARKS &
                                              RESORTS AT ASILOMAR, INC.

                                           THOMAS C. RICHARDS

Dated:  July 11, 2005         By:_____/s/ Thomas C. Richards_____
                                              THOMAS C. RICHARDS
                                              Attorney for Plaintiff DIANA SEELY

I, Peter J. Messrobian, am the ECF User whose ID and password are being used to file this Stipulation And Dismissal Of Entire Action With Prejudice.  In compliance with General Order 45, X(B), I hereby attest that Thomas C. Richards has concurred in this filing.

                                             By:___/s/ Peter J. Messrobian_____
                                                  PETER J. MESSROBIAN

**IT IS SO ORDERED.**

DATED:  7/14/05                /s/electronic signature authorized
                                       THE HONORABLE JEREMY FOGEL
                                       UNITED STATES DISTRICT COURT JUDGE